| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** |

OFF-WHITE, LLC,

                Plaintiff,

      v.

ALWAYN, *et al.*,

                Defendants.

20-CV-9772 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed in today's conference, it is hereby:

ORDERED that Plaintiff and Defendants Animetee and Kickoff Shirts submit a joint status update to the Court no later than January 13, 2021. The status update should address the status of the parties' settlement negotiations and whether Mr. Lee has obtained counsel to represent Animetee and Kickoff Shirts.

IT IS FURTHER ORDERED that Plaintiff submit a status update to the Court proposing next steps for its litigation against the remaining defendants no later than February 12, 2021.

IT IS FURTHER ORDERED that for the reasons discussed at today's conference, this case no longer requires sealing. The Clerk of Court is thus respectfully directed to unseal this case and all documents that have heretofore been filed in conjunction with it.

Plaintiff is directed to send a copy of this order to all Defendants, including Defendants Animetee and Kickoff Shirts.

SO ORDERED.

Dated:   December 14, 2020
         New York, New York

RONNIE ABRAMS
United States District Judge