| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 3-25-21 |

OFF-WHITE LLC,

                        Plaintiff,

      v.

ALWAYN, *et al.*,

                        Defendants.

20-CV-9772 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 23, 2021, Yao Hao Ming filed a motion to dismiss this action on behalf of Defendants Boys & Men, Limelight, Lady Story, Luxe&lure, Minx, PALA, and Pink Lady. *See* Dkt. 29. Mr. Ming appears to be proceeding without a lawyer. As the Court informed Mr. Ming in its February 4, 2021 order, however, the Defendants in this action cannot proceed without a lawyer because "it is settled law that a corporation may not appear in a lawsuit against it except through an attorney." *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

Accordingly, the Court will grant Defendants Boys & Men, Limelight, Lady Story, Luxe&lure, Minx, PALA, and Pink Lady a thirty day extension to retain a lawyer and refile their motion to dismiss, should they wish to do so. If Defendants do not comply with this order, the Court may grant default judgment against them. *See id.* ("Where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it.").

Plaintiff is respectfully directed to serve a copy of this order on Defendants Boys & Men, Limelight, Lady Story, Luxe&lure, Minx, PALA, and Pink Lady. Plaintiff may do so using the alternative service methods previously approved by the Court in this case. *See* Dkt. 16 (authorizing

service via email). The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 29.

SO ORDERED.

Dated:  March 25, 2021
        New York, New York

_____
RONNIE ABRAMS
United States District Judge

2