| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 02/07/2022 |

Off-White LLC,

                           Plaintiff,

             v.

alwayn, *et al.*,

                           Defendants.

20-CV-9772 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On December 14, 2021, the Court ordered that Plaintiff serve a copy of the motion for default judgment, any supporting papers, and this Order on the remaining defaulting Defendants in advance of the show cause hearing scheduled on February 11, 2022. The order further provided that, "when filing proof of service of these documents, Plaintiff shall also provide the email address for each remaining Defendant to which the summons, Complaint, this Order to Show Cause, default judgment motion, and supporting papers were emailed." Dkt. 51. Plaintiff timely filed a certificate of service, but it does not list the email addresses for each of the defaulting Defendants. By February 9, 2022, Plaintiff shall file a supplemental letter listing the email addresses where Defendants were served.

      IT IS FURTHER ORDERED that by February 9, 2022, Plaintiff shall clarify the status of Defendants "RobinLancaster" and "John Brown." RobinLancaster is named in the case caption, complaint, and in Plaintiff's most recent list of remaining defaulting Defendants, *see* Dkt. 52, but is not listed in the table of evidence of infringement and requested statutory damages, *see* Dkt. 38, Ex. E. Conversely, John Brown is listed in the table with evidence of infringement, but does not appear in the case caption, certificate of service, or list of remaining defaulting Defendants. If Plaintiff is seeking

default judgment as to RobinLancaster or John Brown, it shall state its basis for doing so by February 9, 2022.

SO ORDERED.

Dated:   February 7, 2022
         New York, New York

_____
RONNIE ABRAMS
United States District Judge